UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS JONATHAN EPPERSON,<br><br>                Plaintiff,<br><br>-against-<br><br>GEORGE BUSH; BILL CLINTON;<br>BARACK OBAMA; DONALD TRUMP;<br>JOSEPH BIDEN,<br><br>                Defendants. | 24cv6660 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the October 7, 2024, order, this action is dismissed. The complaint, filed in forma pauperis under 28 U.S.C. § 1915(a), is dismissed as frivolous and for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   October 8, 2024
             New York, New York

                                           /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge